MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 13
)
ROBERT ARROYO, ) Bankruptcy No. 09-57021
)
)
)
Debtor. )
_____ ) HON. ARTHUR S. WEISSBRODT

**EX PARTE MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULES, STATEMENTS, FORM B-22 AND CHAPTER 13 PLAN**

Debtor hereby moves this court for an extension of time to file schedules, statement of financial affairs, form B-22 and a Chapter 13 plan. The case was filed on August 22, 2009..

The debtor makes this motion pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007 (c) which provides that an extension of time for filing schedules and statements may be granted on motion for cause shown and on notice to United States Trustee and committee elected pursuant to Section 705 or appointed pursuant to Section 1102 of the Code, trustee, examiner, or other party as the court may direct.

The debtor seeks a twenty (20) day extension of time for the reason that the attorney most familiar with this case is currently on vacation. Notice of this motion has been given

1 | to the United States Trustee and to Devin Derham-Burk, Bankruptcy Trustee.
2 | WHEREFORE, the Debtor moves the court to enter an order granting a twenty (20)
3 | day extension of time for the filing of the schedules and statements.
4 | MORAN LAW GROUP
6 | Date: _____       _____
7 | RENEE C. MENDOZA
  | Attorney for Debtor

EX PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, FORM B-22 AND CHAPTER 13 PLAN

2