| | |
|---|---|
| 1 | MORAN LAW GROUP, INC.<br>CATHLEEN COOPER MORAN, I.D. #83758 |
| 2 | RENÉE C. MENDOZA, I.D. #139939<br>1674 N. Shoreline Blvd., Suite 140 |
| 3 | Mountain View, CA 94043-1375<br>Tel.: (650) 694-4700 |
| 4 | Fax: (650) 694-4818<br>E-mail: Cathy@moranlaw.net |
| 5 | |
| | Attorney for Debtors |

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 13
)
ROBERT ARROYO, ) Bankruptcy No. 09-57021
)
)
)
Debtor. )
_____ ) HON. ARTHUR S. WEISSBRODT

### CERTIFICATE OF SERVICE VIA FACSIMILE

I, Noelle Alyassini, the undersigned, do hereby declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and not a party to this action. My business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

2. Following normal office practices, on September 8, 2009, I served a true copy of the document(s) titled:

**1) EX PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, FORM B-22, AND CHAPTER 13 PLAN**

**2) (proposed) ORDER EXTENDING TIME FOR FILING SCHEDULES, STATEMENTS, FORM B-22, AND CHAPTER 13 PLAN**

on the following by sending them via facsimile to the phone number as shown below:

Devin Derham-Burk, Trustee     Fax No.: 408/354-5513

US Trustee, San Jose           Fax No.: 408/535-5532

-1-

CERTIFICATE OF SERVICE VIA FACSIMILE

Executed on September 8, 2009, at Mountain View, California.

```
                              _____
                              Noelle Alyassini
```

**Faxes - Fax Delivery Successful to 14085355532**

| | |
|---|---|
| **From:** | MyFax <NoReply@MyFax.com> |
| **To:** | <faxes@moranlaw.net> |
| **Date:** | 9/8/2009 1:14 PM |
| **Subject:** | Fax Delivery Successful to 14085355532 |
| **Attachments:** | 199538361.tif |



**Successful fax sent from MyFax.**

| | |
|---|---|
| Fax Delivery Number: | 14085355532 |
| Fax Recipient: | To:US T`ee S.J. |
| Sent at: | 09/08/2009 01:23:01 PM (GMT-7:00) |
| Pages: | 4 |
| Duration: | 79 |
| Cost: | 0.0000 USD |
| Tax - GST: | 0.0000 USD |
| Tax - PST: | 0.0000 USD |
| Total Cost: | 0.0000 USD |
| Customer Number: | 423458 |
| Reference Number: | 199538361 |
| Billing Code: | 423458 |

**Fax for Free.
Tell a friend about MyFax today.**

**Have a question?
support@myfax.com**

Thank you for using myfax.

**Faxes - Fax Delivery Successful to 14083545513**

| | |
|---|---|
| **From:** | MyFax <NoReply@MyFax.com> |
| **To:** | <faxes@moranlaw.net> |
| **Date:** | 9/8/2009 1:14 PM |
| **Subject:** | Fax Delivery Successful to 14083545513 |
| **Attachments:** | 199538360.tif |



Successful fax sent from MyFax.

**Fax for Free.
Tell a friend about MyFax today.**

**Have a question?
support@myfax.com**

| | |
|---|---|
| Fax Delivery Number: | 14083545513 |
| Fax Recipient: | To:Chapter 13 T`ee S.J. Derham-Burk |
| Sent at: | 09/08/2009 01:23:12 PM (GMT-7:00) |
| Pages: | 4 |
| Duration: | 94 |
| Cost: | 0.0000 USD |
| Tax - GST: | 0.0000 USD |
| Tax - PST: | 0.0000 USD |
| Total Cost: | 0.0000 USD |
| Customer Number: | 423458 |
| Reference Number: | 199538360 |
| Billing Code: | 423458 |

Thank you for using myfax.