MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:  ) Chapter 13
)
ROBERT ARROYO, ) Bankruptcy No. 09-57021
)
) Date: November 30, 2009
) Time: 2 p.m.
) Room: 3020
Debtor. )
_____ ) HON. ARTHUR S. WEISSBRODT

**DEBTOR'S PREHEARING STATEMENT**

The debtor's continued 341 meeting is scheduled for earlier on November 30, 2009. The debtor expects to amend his plan to make no provision for cure of the mortgage and property tax arrearages.

The prehearing should be continued for 60 to 90 days.

MORAN LAW GROUP

Date: _____    _____
CATHLEEN COOPER MORAN
Attorney for Robert Arroyo